FILED
CLERK, U.S. DISTRICT COURT

MAR 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v.  Esteban Montes Lopez   DEFENDANT(S). | 11-MJ-550 |
| | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March__, __17__, at __2:30__ ☐ a.m. / ☑ p.m. before the Honorable __Charles Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
　　　　　　　　　(Other custodial officer)

Dated: __3/15/11__              _____
　　　　　　　　　　　　　　　　U.S. District Judge/Magistrate Judge